UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LOI HUYNH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-21-267-G |
| ) | |
| SHELTER MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court is a Motion (Doc. No. 6) filed by Plaintiff Loy Huynh on April 2, 2021. In his Motion, Plaintiff, who is appearing pro se, seeks leave to file pleadings and other documents via the Court's ECF electronic filing system.

While the Court recognizes that Plaintiff views Defendant as having an improper advantage due to being able to file electronically, it rejects the proposition that Plaintiff's due process rights are violated by his inability to do so. *See* Fed. R. Civ. P. 5(d)(3)(B) (prescribing that a person not represented by an attorney "may file electronically only if allowed by court order or by local rule"); *ECF Policies & Procedures Manual* § I(A)(1) ("Litigants proceeding *pro se* (without attorney representation) may not file electronically."). Nor does the Court's filing system allow a litigant to file case documents via e-mail, as suggested by Plaintiff. *See ECF Policies & Procedures Manual* § II(A)(1)(d). Accordingly, Plaintiff must continue to submit the paper originals of documents to the Court Clerk's Office for filing either in person or through U.S. mail.

Should Plaintiff encounter delays or difficulties due to use of paper filing, the Court will consider the issuance of relief as appropriate.

Plaintiff, however, may view the electronic docket and documents filed on the ECF system at no charge at the Court Clerk's Office during regular business hours or may access the ECF system remotely for viewing purposes. *See id.* § IV(A), (B). Plaintiff also "is entitled to a paper copy of any electronically filed document." *Id.* § II(B)(2)(a) ("The filing party must provide non-registered parties with a copy of the document in accordance with the Federal Rules of Civil . . . Procedure."); *see also* Fed. R. Civ. P. 5(a)(1), (d)(1). The Court Clerk will send a copy of any order issued by the Court to Plaintiff's last known address. *See* LCvR 5.4. In addition, the parties are permitted to consent to service upon each other by e-mail or other means. *See* Fed. R. Civ. P. 5(b)(2)(E), (F).

Plaintiff's Motion (Doc. No. 6) is therefore DENIED.

IT IS SO ORDERED this 5th day of April, 2021.

_____
CHARLES B. GOODWIN
United States District Judge