UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LOI HUYNH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-21-267-G |
| | ) |
| SHELTER MUTUAL INSURANCE | ) |
| COMPANY, | ) |
| | ) |
|     Defendant. | ) |

### ORDER

Now before the Court are two requests by Plaintiff Loi Huynh to appear in court proceedings remotely rather than in person. The first request—raised through Defendant Shelter Mutual Insurance Company's Motion to Take Plaintiff's In-Person Deposition (Doc. No. 15)—involves Defendant's requested deposition of Mr. Huynh. The second request—raised in Plaintiff's Response (Doc. No. 17) to Defendant's Motion—involves the settlement conference ordered by U.S. Magistrate Judge Gary M. Purcell to be held on Tuesday, August 24, 2021, at 10:30 a.m. *See* Pl.'s Resp. at 6 (requesting that the court "[s]witch the Settlement Conference . . . from in-person to fully remote and virtual").

These requests by Plaintiff not to appear in person are denied. In order to proceed with this litigation, particularly as someone who is acting as his own attorney, Mr. Huynh will be required to appear at court proceedings in person, including at minimum any deposition of him by Defendant and hearings or other proceedings at the courthouse, such as the scheduled settlement conference.

For the deposition, the Court finds that the procedures proposed by Defendant for the deposition of Mr. Huynh are reasonable under the circumstances and appropriately balance the need to protect participants from the spread of disease with the goal of allowing the parties to prepare their claims and defenses for trial.  Therefore, Defendant's Motion to Take Plaintiff's In-Person Deposition (Doc. No. 15) is GRANTED, and the deposition may proceed on the terms cited in Defendant's Motion.  The parties remain free, however, to confer on additional safeguards and procedures.

For hearings or other proceedings at the courthouse, including the upcoming settlement conference, all participants will be expected to comply with the safeguards and protocols adopted by the Court, which are constantly being evaluated to protect visitors to the courthouse from the spread of disease to the extent reasonably possible under the circumstances.  Therefore, Plaintiff's request—raised in his Response (Doc. No. 17) to Defendant's Motion—that the settlement conference be held remotely rather than in person is DENIED.

IT IS SO ORDERED this 19th day of August, 2021.

_____
CHARLES B. GOODWIN
United States District Judge